77290. PATRICK v. GLASS.
(374 SE2d 229)

CARLEY, Judge.
Pursuant to OCGA § 44-7-54 (b), the trial court granted appellee-plaintiff landlord a writ of possession, finding that appellant-defendant had failed to pay the requisite rental payments into the registry of court. Appellant brings this direct appeal from that order. While the grant of a writ of possession is usually a final order which may or may not be directly appealable (see OCGA § 5-6-35 (a) (3)), the record in this case shows that there are other claims which remain pending in the trial court. "Where there is a case involving multiple . . . claims, a decision adjudicating fewer than all the claims . . . is not a final judgment. [Cit.] In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) [(cit.)] or there must be compliance with the requirements of OCGA § 5-6-34 (b) [(cit.)]. Where neither of these code sections are followed . . ., the appeal is premature and must be dismissed. [Cits.]" *Spivey v. Rogers*, 167 Ga. App. 729 (307 SE2d 677) (1983). Because the appropriate appellate procedure was not followed in this multiple-claim case, the appeal must be dismissed.

*Appeal dismissed. Deen, P. J., and Sognier, J., concur.*

DECIDED OCTOBER 6, 1988.

*Lennie W. Jones*, for appellant.
*Christopher C. Covey, Monroe Ferguson*, for appellee.
Gilbert Glass, *pro se.*